IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TAMMY LEE RAINES                                                                    PLAINTIFF

v.                                                                  Civil No.: 1:17-cv-000154-GHD-DAS

NORTHEAST MENTAL HEALTH-MENTAL
RETARDATION COMMISSION                                                              DEFENDANT

**ORDER DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

The Court ORDERS that the action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

SO ORDERED, this, the 13 day of September, 2018.

_____
SENIOR U.S. DISTRICT JUDGE